UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CR00437-KDB-DCK-1

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

                                  **ORDER**

**GUADALUPE IVAN ANGEL-CASTELLON,**

    **Defendant,**

This **MATTER** is before the Court on its own Motion to administratively close the case as to **GUADALUPE IVAN ANGEL-CASTELLON**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge