IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00437-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| GUADALUPE IVAN ANGEL-CASTELLON, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the United States' Motion to Dismiss (Doc. No. 43). Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Accordingly, the Court will **GRANT** this motion and dismiss the Indictment.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED**.

Signed: March 26, 2024

Kenneth D. Bell
United States District Judge